MAR 20 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0812-BTM |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) - |
| | ) | Deported Alien Found in the |
| PEDRO BARRAZA-AGUILAR, | ) | United States (Felony) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about February 19, 2008, within the Southern District of California, defendant PEDRO BARRAZA-AGUILAR, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
3/4/08