AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
               DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| PEDRO BARRAZA-AGUILAR | CASE NUMBER: 08CR0812-BTM |

I, PEDRO BARRAZA-AGUILAR, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____3/20/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X *Pedro Barraza Aguilar*
Defendant

_____
Counsel for Defendant

Before _____
        JUDICIAL OFFICER