1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Barraza-Aguilar

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 08CR0812-GT |
|                       Plaintiff,    ) | |
| v.                                  ) | **NOTICE OF APPEARANCE** |
| **PEDRO BARRAZA-AGUILAR,**          ) | |
|                       Defendant.    ) | |

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: August 29, 2008                        /s/ *Candis Mitchell*
                                              **CANDIS L. MITCHELL**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Barraza-Aguilar
                                              Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 29, 2008                    /s/ Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org