AO 442

*FTD no. 15598??*

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07287-298

04/03/1987

UNITED STATES OF AMERICA

2008 AUG 29   AM 9: 19

V.

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**WARRANT FOR ARREST**

PEDRO BARRAZA-AGUILAR

BY _____ *RM* _____ DEPUTY

**CASE NUMBER:**    08CR0812-GT

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        PEDRO BARRAZA-AGUILAR

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [X] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

DATE 8/26/08

ARRESTED AND ARRAIGNED BY 8/25/08

In Court

U.S. MARSHAL, S/CA

BY

RECEIVED 2008 AUG 25 P 4:08 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.

Name of Issuing Officer

K. Ridgeway    *Ridgeway*

Signature of Deputy

Clerk of the Court

Title of Issuing Officer

8/25/08 SAN DIEGO, CA

Date and Location

Bail fixed at $        NO BAIL        by        The Honorable GORDON THOMPSON, JR.

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |